| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* S1-4:07CR00489 RWS |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* **FILED** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Sirena Sutherland 38229 Spring Lane Farmington Hills, Michigan 48331 | DISTRICT Eastern District of Missouri | DIVISION Eastern District of Missouri JAN 20 2009 |
| | NAME OF SENTENCING JUDGE The Honorable Rodney W. Sippel United States District Judge | U. S. DISTRICT COURT EASTERN DISTRICT OF MO |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 25, 2008 | TO July 24, 2009 |

| OFFENSE Fraudulent Activity Related to Electronic Mail | Case:2:09-cr-20027 Judge: Borman, Paul D Filed: 01-23-2009 At 02:41 PM PROB TRANS USA V SIRENA SUTHERLAND (EB) |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 25, 2008
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-18-08
Effective Date

*[signature]*
United States District Judge

FILED

AUG 1 6 2007

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| SIRENA SUTHERLAND, | ) ) ) |
| Defendant. | ) ) |

**4:07CR00489RWS**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 14, 2005, in the Eastern District of Missouri,

**SIRENA SUTHERLAND**

the defendant herein, for the purpose of obtaining credit, money and property and with the intent to deceive, falsely represented a number to be the Social Security Account Number assigned to her by the Commissioner of Social Security, when in truth and fact, as the defendant then knew, said number was not the Social Security Account Number assigned to her.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT TWO

The Grand Jury further charges that:

On or about March 4, 2005, in the Eastern District of Missouri,

**SIRENA SUTHERLAND**

IS C WC... WARD CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

_____
DEPUTY CLERK

the defendant herein, for the purpose of obtaining credit, money and property and with the intent to deceive, falsely represented a number to be the Social Security Account Number assigned to her by the Commissioner of Social Security, when in truth and fact, as the defendant then knew, said number was not the Social Security Account Number assigned to her.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

_____

FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
FREDERICK J. DANA #23537
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

2

Case 4:07-cr-00489-RWS  Document 41  Filed 07/25/2008  Page 1 of 6

AO 245B (Rev 06/05)
Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of Missouri

UNITED STATES OF AMERICA
v.
SIRENA SUTHERLAND

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: S1-4:07CR489-RWS

USM Number: 34443-044

Diane Dragan
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s)  one of the single-count superseding information on April 21, 2008

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1037(a)(2) | Fraudulent Activity Related to Electronic Mail | 01/14/05 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) I and II of original indictment  are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 25, 2008
Date of Imposition of Judgment

Signature of Judge

Rodney W. Sippel
United States District Judge
Name & Title of Judge

July 25, 2008
Date signed

Record No.: 544

AO 245B (Rev. 06/05)   Case 4:07-cr-00489-RWS   Document 41   Filed 07/25/2008   Page 2 of 6
Judgment in Criminal Case   Sheet 4 - Probation

Judgment-Page __2__ of __5__

DEFENDANT: SIRENA SUTHERLAND
CASE NUMBER: S1-4:07CR489-RWS
District: Eastern District of Missouri

# PROBATION

The defendant is hereby sentenced to probation for a term of:

one (1) year. The Court recommends the defendant participate in any "Money Smart" programs approved by the United States Probation Office.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The Defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchas, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician:
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev 06/05)   Case 4:07-cr-00489-RWS   Document 41   Filed 07/25/2008   Page 3 of 6
Judgment in Criminal Case   Sheet 4A - Probation

Judgment-Page __3__ of __5__

DEFENDANT: SIRENA SUTHERLAND
CASE NUMBER: S1-4:07CR489-RWS
District: Eastern District of Missouri

## ADDITIONAL PROBATION TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall provide the probation officer and the Financial Litigation Unit (FLU) of the U.S. Attorney's Office with the access to any requested financial information.

3. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the Court-imposed financial obligation.

AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 5 - Criminal Monetary Penalties

Case 4:07-cr-00489-RWS   Document 41   Filed 07/25/2008   Page 4 of 6

Judgment-Page __4__ of __5__

DEFENDANT: SIRENA SUTHERLAND
CASE NUMBER: S1-4:07CR489-RWS
District: Eastern District of Missouri

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $25.00 | | |

☐ The determination of restitution is deferred until _____. *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | | | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☐ The interest requirement is waived for the   ☐ fine and /or   ☐ restitution.
  ☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 06/05) Judgment in Criminal Case Sheet 6 - Schedule of Payments

Judgment-Page 5 of 5

DEFENDANT: SIRENA SUTHERLAND
CASE NUMBER: S1-4:07CR489-RWS
District: Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $25.00 due immediately, balance due

    ☐ not later than _____ , or

    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☐ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.


☐ Joint and Several
    Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):


☐ The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: SIRENA SUTHERLAND
CASE NUMBER: S1-4:07CR489-RWS
USM Number: 34443-044

# UNITED STATES MARSHAL
# RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐   The Defendant was released on _____ to _____ Probation

☐   The Defendant was released on _____ to _____ Supervised Release

☐   and a Fine of _____   ☐ and Restitution in the amount of _____

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

CLOSED

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CRIMINAL DOCKET FOR CASE #: 4:07-cr-00489-RWS All Defendants
# Internal Use Only

Case title: USA v. Sutherland

Date Filed: 08/16/2007
Date Terminated: 07/25/2008

Assigned to: Honorable Rodney W. Sippel

**Defendant (1)**

**Sirena Sutherland**
*TERMINATED: 07/25/2008*

represented by **Diane Dragan**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: Diane_Dragan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: julie_mueller@fd.org
*TERMINATED: 09/18/2007*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

COMPUTER FRAUD
(1s)

**Disposition**

The defendant is hereby sentenced to probation for a term of one year. Special assessment is imposed in the

amount of $25.00. Counts one and two or original indictment are dismissed.

## Highest Offense Level (Opening)
Petty Offense

| Terminated Counts | Disposition |
|---|---|
| MISUSE OF SOCIAL SECURITY NUMBER (1r-2r) | |

## Highest Offense Level (Terminated)
Felony

| Complaints | Disposition |
|---|---|
| None | |

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Frederick J. Dana**<br>OFFICE OF U.S. ATTORNEY<br>111 S. Tenth Street<br>20th Floor<br>St. Louis, MO 63102<br>314-539-2200<br>Fax: 314-539-7695<br>Email: frederick.dana@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2007 | 1 | INDICTMENT referred to Magistrate Judge Thomas C. Mummert as to Sirena Sutherland (1) count(s) 1-2. (Attachments: # 1 Criminal Cover Sheet) (SAJ, ) (Entered: 08/16/2007) |
| 08/16/2007 | 2 | REDACTED INDICTMENT as to Sirena Sutherland (1): Former count 1-2 is now count 1r-2r.. (SAJ, ) (Entered: 08/16/2007) |
| 08/16/2007 | | (Court only) Warrant Issued as to INDICTMENT in case as to Sirena Sutherland. (SAJ, ) (Entered: 08/16/2007) |
| 08/17/2007 | 3 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE as to Sirena Sutherland Name of Organizational victim: EMC Mortgage Corporation Organizational victim a corporation: Yes Subsidiaries: None (Dana, Frederick) (Entered: 08/17/2007) |
| | | |

| | | |
|---|---|---|
| 08/17/2007 | 4 | ENTRY OF ATTORNEY APPEARANCE Frederick J. Dana appearing for USA. (Dana, Frederick) (Entered: 08/17/2007) |
| 09/11/2007 | | Arrest of defendant Sirena Sutherland. Date of arrest: 9/11/07. (RJD) (Entered: 09/12/2007) |
| 09/11/2007 | 5 | Minute Entry for proceedings held before Judge Terry I. Adelman: Bond Execution as to Sirena Sutherland held on 9/11/2007. Bond executed in the amount of $15,000. Initial Appearance/Rule 5 as to Sirena Sutherland held on 9/11/2007. Court to appoint Counsel. Arraignment set for 9/14/2007 at 9:00 AM in Courtroom 13N before Mag Judge Thomas C. Mummert III. (Court Reporter or FTR Gold Operator initials:C. Liddy.) (FTR Gold : yes.) (proceedings started: 4:27 pm.) (proceedings ended: 4:35 pm.) (Defendant Location: bond.) (RJD) (Entered: 09/12/2007) |
| 09/11/2007 | 6 | ORDER Setting Conditions of Release by Defendant Sirena Sutherland. Signed by Judge Terry I. Adelman on 9/11/07. (RJD) (Entered: 09/12/2007) |
| 09/12/2007 | 7 | CJA 23 Financial Affidavit by Sirena Sutherland (KLH, ) (Entered: 09/12/2007) |
| 09/12/2007 | 8 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Sirena Sutherland St. Louis Fed Public Defender for Sirena Sutherland appointed. Signed by Judge Terry I. Adelman on 9/12/07. (KXS, ) (Entered: 09/12/2007) |
| 09/13/2007 | 13 | Warrant Returned Executed on 9/12/07 in case as to Sirena Sutherland re: Indictment. (RJD) (Entered: 09/14/2007) |
| 09/14/2007 | 9 | Minute Entry for proceedings held before Judge Thomas C. Mummert III:Arraignment held on 9/14/2007. Defendant waives reading of indictment and plea of not guilty is entered as to Sirena Sutherland (1) on Counts 1r-2r. Evidentiary Hearing set for 10/5/2007 at 9:00 AM in Courtroom 13N before Mag Judge Thomas C. Mummert III. (Court Reporter or FTR Gold Operator initials:R. Douglas.) (FTR Gold : yes.) (proceedings started: 9:06 am.) (proceedings ended: 9:07 am.) (Defendant Location: bond.) (RJD) (Entered: 09/14/2007) |
| 09/14/2007 | 10 | ORAL MOTION Re: Extension of Time to File Pretrial Motions by Sirena Sutherland. (RJD) (Entered: 09/14/2007) |
| 09/14/2007 | 11 | ORDER granting 10 Oral Motion as to Sirena Sutherland (1). Signed by Judge Thomas C. Mummert III on 9/14/07. (RJD) (Entered: 09/14/2007) |
| 09/14/2007 | 12 | ORDER CONCERNING PRETRIAL MOTIONS as to Sirena Sutherland Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information not later than forthwith. The parties shall respond to any such request for pretrial disclosure not later than 9/19/07. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 10/1/07. Criminal Pretrial Motion due by 10/1/2007. Evidentiary Hearing set for 10/5/2007 09:00 AM in Courtroom 13N before Mag Judge Thomas C. Mummert III. Signed by Judge Thomas C. Mummert III on |

| | | |
|---|---|---|
| | | 9/14/07. (BAK, ) (Entered: 09/14/2007) |
| 09/18/2007 | 14 | ENTRY OF ATTORNEY APPEARANCE: by Diane Dragan on behalf of Sirena Sutherland (Dragan, Diane) (Entered: 09/18/2007) |
| 10/01/2007 | 15 | WAIVER of Filing Pretrial Motions by Sirena Sutherland (Dragan, Diane) (Entered: 10/01/2007) |
| 10/05/2007 | 16 | Minute Entry for proceedings held before Judge Thomas C. Mummert III: In Court Hearing (Waiver of Motions) as to Sirena Sutherland held on 10/5/2007. Defendant waives evidentiary hearing. Jury Trial set for 11/5/2007 09:00 AM in Courtroom 10S before Honorable Rodney W. Sippel. (Court Reporter or FTR Gold Operator initials: klh.) (FTR Gold: yes.) (proceedings started: 9:02.) (proceedings ended: 9:04.) (Defendant Location: not present.) (KLH, ) (Entered: 10/05/2007) |
| 10/05/2007 | | (Court only) Case as to Sirena Sutherland no longer referred to Judge Thomas C. Mummert, III. (KLH, ) (Entered: 10/05/2007) |
| 10/11/2007 | 17 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Sirena Sutherland. Jury Trial set for 11/5/2007 09:00 AM in Courtroom 10S before Honorable Rodney W. Sippel. See Order for Full Details. Signed by Judge Rodney W. Sippel on 10/11/07. (ARL) (Entered: 10/11/2007) |
| 10/31/2007 | 18 | MOTION to Continue ; Trial Setting by Sirena Sutherland. (Dragan, Diane) (Entered: 10/31/2007) |
| 11/05/2007 | 19 | ORDER - IT IS HEREBY ORDERED that defendant Sirena Sutherland's motion to continue the trial 18 , is granted pursuant to 18 U.S.C. Sec. 3161 (h)(8).IT IS FURTHER ORDERED that the jury trial in this matter as to defendant SirenaSutherland is reset to the Court's three-week docket beginning Monday, December 3, 2007 at 9:00 a.m. Signed by Judge Rodney W. Sippel on 11/5/07. (KJF, ) (Entered: 11/05/2007) |
| 11/14/2007 | 20 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Sirena Sutherland Jury Trial set for 12/3/2007 09:00 AM before Honorable Rodney W. Sippel.. Signed by Judge Rodney W. Sippel on 11/14/07. (LGK, ) (Entered: 11/14/2007) |
| 11/27/2007 | 21 | MOTION to Continue ; Trial Setting by Defendant Sirena Sutherland as to Sirena Sutherland. (Dragan, Diane) (Entered: 11/27/2007) |
| 11/28/2007 | 22 | WAIVER by Sirena Sutherland ofSpeedy Trial (Entered: 11/28/2007) |
| 11/28/2007 | 23 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to Sirena Sutherland re 21 MOTION to Continue ; Trial Setting is GRANTED. FURTHER ORDERED that the jury trial in this matter as to deft. Sirena Sutherland is reset to the Court's three-week docket beginning 2/4/08 at 9:00 a.m.. Signed by Honorable Rodney W. Sippel on 11/28/07. (LGK) (Entered: 11/29/2007) |
| 01/07/2008 | 24 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Sirena Sutherland Jury Trial set for 2/4/2008 09:00 AM before Honorable Rodney W. Sippel.. Signed by Honorable Rodney W. Sippel on 1/7/08. (LGK) |

| | | (Entered: 01/07/2008) |
|---|---|---|
| 01/25/2008 | 25 | MOTION to Continue ; Trial Setting by Sirena Sutherland. (Dragan, Diane) (Entered: 01/25/2008) |
| 01/28/2008 | 26 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to Sirena Sutherland re 25 MOTION to Continue ; Trial Setting filed by Sirena Sutherland Jury Trial reset for 3/3/2008 09:00 AM before Honorable Rodney W. Sippel.. Signed by Honorable Rodney W. Sippel on 1/28/08. (LGK) (Entered: 01/28/2008) |
| 02/05/2008 | 27 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Sirena Sutherland Jury Trial set for 3/3/2008 09:00 AM before Honorable Rodney W. Sippel.Signed by Honorable Rodney W. Sippel on 2/5/08. (LAH, ) (Entered: 02/05/2008) |
| 02/25/2008 | 28 | MOTION to Continue ; Trial Setting by Sirena Sutherland. (Dragan, Diane) (Entered: 02/25/2008) |
| 02/27/2008 | 29 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to Sirena Sutherland re 28 MOTION to Continue ; Trial Setting filed by Sirena Sutherland. Motion granted. Jury Trial reset for 4/7/2008 09:00 AM before Honorable Rodney W. Sippel.. Signed by Honorable Rodney W. Sippel on 2/27/08. (LGK) (Entered: 02/27/2008) |
| 03/17/2008 | 30 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Sirena Sutherland. Jury Trial set for 4/7/2008 09:00 AM in Courtroom 10S before Honorable Rodney W. Sippel. Signed by Honorable Rodney W. Sippel on 3/17/08. (ARL) (Entered: 03/17/2008) |
| 04/02/2008 | 31 | ORDER as to Sirena Sutherland - IT IS HEREBY ORDERED that the change of plea hearing as to defendant Sirena Sutherland is set for Monday, April 21, 2008 at 12:30 p.m. Signed by Honorable Rodney W. Sippel on 4/2/08. (LAH, ) (Entered: 04/02/2008) |
| 04/21/2008 | 32 | SUPERSEDING INFORMATION as to Sirena Sutherland (1) count(s) 1s. (Attachments: # 1 Criminal Cover Sheet) (SAJ) (Entered: 04/21/2008) |
| 04/21/2008 | 33 | WAIVER OF INDICTMENT by Sirena Sutherland (SAJ) (Entered: 04/21/2008) |
| 04/21/2008 | 34 | ENTRY OF ATTORNEY APPEARANCE Frederick J. Dana appearing for USA. (SAJ) (Entered: 04/21/2008) |
| 04/21/2008 | 35 | Minute Entry for proceedings held before Honorable Rodney W. Sippel:Arraignment and Plea: Parties present for arraignment and plea on superseding information. Defendant waives reading of information, plea of guilty as to Sirena Sutherland (1) Count 1s held on 4/21/2008. Stipulation of facts filed with plea agreement which is accepted, adopted and made part of the record. Probation Officer present in courtroom. Sentencing set for 7/25/2008 11:30 AM before Honorable Rodney W. Sippel. (Court Reporter or FTR Gold Operator initials:Shannon White.) (FTR Gold (yes or no): no.) (proceedings started: 12:40 p.m..) (proceedings ended: 1:05 p.m..) (Defendant Location: bond.) (LGK) (Entered: 04/21/2008) |

| | | |
|---|---|---|
| 04/21/2008 | 37 | PLEA AGREEMENT, GUIDELINES RECOMMENDATIONS AND STIPULATIONS by Sirena Sutherland, USA as to Sirena Sutherland (KJF, ) (Entered: 04/22/2008) |
| 04/22/2008 | 36 | SCHEDULING ORDER as to Sirena Sutherland Objections to Presentence Report due by 7/11/2008. FURTHER ORDERED that the parties shall inform the Court, in writing, and not less than 10 days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony. FURTHER ORDERED that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.. Signed by Honorable Rodney W. Sippel on 4/22/08. (LGK) (Entered: 04/22/2008) |
| 07/15/2008 | 38 | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Sirena Sutherland (Dana, Frederick) (Entered: 07/15/2008) |
| 07/25/2008 | 39 | Minute Entry for proceedings held before Honorable Rodney W. Sippel:Sentencing as to Sirena Sutherland held on 7/25/2008 (Court Reporter: Shannon White.) (FTR Gold (yes or no): no.) (proceedings started: 11:45.) (proceedings ended: 11:55.) (Defendant Location: bond.) (LAH, ) (Entered: 07/28/2008) |
| 07/25/2008 | 40 | PRESENTENCE INVESTIGATION REPORT (FILED UNDER SEAL) as to Sirena Sutherland (LAH, ) (Entered: 07/28/2008) |
| 07/25/2008 | 41 | JUDGMENT as to Sirena Sutherland (1), Count(s) 1s, The defendant is hereby sentenced to probation for a term of one year. Special assessment is imposed in the amount of $25.00. Counts one and two or original indictment are dismissed. Signed by Honorable Rodney W. Sippel on 7/25/08. (LAH, ) (Entered: 07/28/2008) |
| 07/25/2008 | 42 | SEALED STATEMENT OF REASONS for Sentence regarding Judgment, 41 as to defendant Sirena Sutherland Signed by Honorable Rodney W. Sippel on 7/25/08. (LAH, ) (Entered: 07/28/2008) |
| 08/06/2008 | 43 | Marshal's Return on Judgment as to Sirena Sutherland on 7/25/08. Defendant delivered to: 1 year probation (LAH, ) (Entered: 08/07/2008) |
| 09/29/2008 | | Receipt CT 4644002912 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of Sirena Sutherland (CCAM) (Entered: 10/01/2008) |
| 01/20/2009 | 44 | Supervised Release Jurisdiction Transferred to Eastern District of Michigan as to Sirena Sutherland Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (LAH, ) (Entered: 01/21/2009) |

# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

January 21, 2009

David J. Weaver, Clerk of Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:       USA VS. SIRENA SUTHERLAND
Case #   S1-4:07CR489-RWS

Dear Mr. Weaver:

Pursuant to the Transfer of Jurisdiction filed in our office on January 20, 2009, we are sending certified copies of the following items:

Indictment
Judgment in Criminal Case
Docket Sheet

Sincerely,
JAMES G. WOODWARD, CLERK

By:   /s/ Lisa Holwitt
      L. Holwitt
      Deputy Clerk

Enclosure(s)

Received By: _____  Date: _____  New Case#: _____